JEROME P. DOCTORS (SBN 143___)
jdoctors@lynberg.com
FARAH NAZ A. NAMVAR (SBN ___9)
fnamvar@lynberg.com
**LYNBERG & WATKINS**
1150 S. Olive Street, Suite 1800
Los Angeles, CA 90015
Tel: (213) 624-8700
Fax: (213) 892-2763

Attorneys for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DARIUS BUNYAD, DC; DR. BUNYAD CHIROPRACTIC CORPORATION DBA HEALTH PERFORMANCE CHIROPRACTIC; JANINE DOE,<br><br>Defendants. | Case Number     3:18-cv-04907-THS<br><br>(Assigned to Hon. Thomas S. Hixson)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS SO ORDERED
[signed] Judge Thomas S. Hixson

Case is dismissed with prejudice. The Clerk shall close the file.
Dated: 4/18/19

IT IS STIPULATED and requested among the parties, by and through their respective attorneys, that the Court dismiss the Complaint with prejudice, each party bearing their own costs and attorney fees. All Counsel consent to the electronic filing of this Stipulation.

Date:   April 17, 2019

**LYNBERG & WATKINS**

/s/: Jerome P. Doctors
Jerome P. Doctors
Attorneys for National Union Fire
Insurance Company of Pittsburgh, PA.

////

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
Case No. 3:18-cv-04907-THS
PAGE 1 OF 2

| | |
|---|---|
| 1 | **WINER, McKENNA, BURRITT & TILLIS, LP** |
| 2 | /s/: Shawn D. Tillis |
| 3 | John D. Winer |
| | Shawn D. Tillis |
| 4 | Attorneys for Defendant Janine Doe |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
Case No. 3:18-cv-04907-THS
PAGE 2 OF 2